Decisions on Petitions for Writs of Certiorari.

*Mr. John N. Baldwin* and *Mr. John F. Hager* for the peti-tioner. *Mr. Thomas R. Brown* opposing.

---

No. 424. MORGAN'S LOUISIANA AND TEXAS RAILROAD AND STEAMSHIP COMPANY *v.* SCHOONER "ROBERT GRAHAM DUN." Second Circuit. Denied October 28, 1901. *Mr. Maxwell Evarts* for the petitioner. *Mr. J. Parker Kirlin* opposing.

---

No. 435. HERBST *v.* STEAMSHIP "ASIATIC PRINCE." Second Circuit. Denied October 28, 1901. *Mr. J. Hubley Ashton* for the petitioner. *Mr. J. Parker Kirlin* opposing.

---

No. 389. KOKOMO FENCE MACHINE COMPANY *v.* KITSELMAN. Seventh Circuit. Granted October 28, 1901. *Mr. Ephraim Banning, Mr. Thomas A. Banning* and *Mr. Cassius C. Shirley* for the petitioner. *Mr. Robert H. Parkinson* opposing.

---

No. 418. BANK OF TOPEKA *v.* EATON. First Circuit. Denied November 4, 1901. *Mr. N. H. Loomis* for the petitioner. *Mr. Edward W. Hutchins, Mr. Henry Wheeler, Mr. Charles T. Gallagher* and *Mr. Mayhew R. Hitch* opposing.

---

No. 445. SIMPSON'S PATENT DRY DOCK COMPANY *v.* ATLANTIC AND EASTERN STEAMSHIP COMPANY. First Circuit. Denied November 4, 1901. *Mr. Eugene P. Carver* and *Mr. Edward E. Blodgett* for the petitioner. *Mr. Lewis S. Dabney* and *Mr. F. Cunningham* opposing.

---

No. 415. NASHUA SAVINGS BANK *v.* ANGLO-AMERICAN LAND MORTGAGE AND AGENCY CO., LIMITED. First Circuit. Granted November 11, 1901. *Mr. John S. H. Frink* for the petitioner. *Mr. Omar Powell* opposing.